# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# BIRMINGHAM DIVISION

| | |
|---|---|
| Lauren Foster, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 2:21-cv-00263-JHE |
| v. ) | |
| ) | |
| Eastpoint Recovery Group, Inc., and ) | |
| Diverse Funding Associates, LLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT AS TO EASTPOINT RECOVERY GROUP, INC.

Plaintiff, Lauren Foster, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant, Eastpoint Recovery Group, Inc. ("ERG"). Plaintiff and Defendant, ERG anticipate needing approximately 60 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Defendant, ERG. Accordingly, Plaintiff respectfully submits that this obviates the need for Defendant, ERG to make any Court required filings prior to dismissal.[1]

Respectfully submitted this 21st day of July, 2021.

---

[1] If, however, the settlement is not concluded within the next 60 days, Plaintiff will timely notify the Court.

2

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
mberry@mattberry.com
Telephone: (404) 235-3334
2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2021, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Eastpoint Recovery Group, Inc., via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

David E. Miller, Counsel
Wells & Mendelberg PLLC
75 Maiden Lane Suite 603
New York, New York 10038

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*