# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# BIRMINGHAM DIVISION

| | |
|---|---|
| Lauren Foster,<br><br>  Plaintiff,<br><br>vs.<br><br>Eastpoint Recovery, et.al.<br><br>  Defendants. | Case No.: 2:21-cv-00263-JHE |

## **NOTICE OF DISMISSAL AS TO ALL DEFENDANTS**

 Plaintiff, Lauren Foster ("Plaintiff"), through undersigned counsel, hereby files this Notice of Dismissal of Plaintiff's claims against Eastpoint Recovery and Diverse Funding.  The parties shall bear their own attorneys' fees and costs.

 Dated: October 06, 2021.

        Respectfully submitted,
        By:  /s/ Matthew Landreau
        Matthew Landreau
        5113 Sumter Ct.
        Midland, GA 31820
        Telephone: (706) 341-8714
        Matt.landreau@gmail.com
        *Attorney for Plaintiff*

## **PROOF OF SERVICE**

I, Matthew Landreau, hereby state that on October 06, 2021, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

/s/ Matthew Landreau

## **LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE**

I certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14point Times New Roman font in accordance with Local Rule 5.1(C).