# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LAUREN FOSTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:21-cv-00263-JHE |
| EASTPOINT RECOVERY GROUP, INC., et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER DISMISSING CASE

Plaintiff has submitted a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Doc. 12). Accordingly, it is hereby **ORDERED** and **ADJUDGED** that the case be and hereby is **DISMISSED WITH PREJUDICE**, costs to be taxed as paid.

DONE this 6th day of October, 2021.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE